IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:98-662-JFA |
|---|---|---|
| v. | ) | ORDER |
| JAMES WILLIAM BOLAR | ) | |

The defendant was convicted of possession and distribution of crack cocaine and was sentenced by this court to a custodial term of 280 months, followed by a five-year term of supervised release.

After service of his sentence, the defendant's supervised release was transferred to the District of Maryland. The Probation Officer in that district assigned to monitor Mr. Bolar's transition from incarceration has recommended to this court that Mr. Bolar's supervised release be terminated early. The court has carefully reviewed the recommendation of the Probation Officer and the reasons therefor, and concurs that early termination is appropriate in this case. Accordingly, the defendant's supervised release is terminated effective as of the date of this order.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

June 5, 2012
Columbia, South Carolina